UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 16, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:12MJ00125-GGH-20 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JASON SIEGFRIED, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JASON SIEGFRIED__ , Case No. __

2:12MJ00125-GGH-20__ , Charge __21USC § 841(a)(1), 846__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

＿    Release on Personal Recognizance

＿    Bail Posted in the Sum of $＿＿＿＿＿

    ＿    Unsecured Appearance Bond

    ＿    Appearance Bond with 10% Deposit

    ＿    Appearance Bond with Surety

    ＿    Corporate Surety Bail Bond

    ✔    (Other)       __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 16, 2012__ at __2:00 pm__ .

By    /s/ Gregory G. Hollows

    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court